UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPBELL, SR.,<br><br>  Third Party Plaintiffs,<br><br>  v.<br><br>DATWAY LLC, J.B. HUNT TRANSPORT, INC., NAVISTAR, INC., and BENDIX COMMERCIAL VEHICLE SYSTEMS LLC,<br><br>  Third Party Defendants. | Case No. 3:20-cv-1355-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Third Party Defendant J.B. Hunt Transport ("J.B. Hunt") Motion for Leave to File Answer to the Third Party Complaint. In general, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). The Federal Rules dictate that "the court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).  No party opposes J.B. Hunt's Motion for Leave to File an Amended Answer and the time for doing so has passed. The Court **GRANTS** J.B. Hunt's Motion for Leave to File an Answer (Doc. 230).  J.B. Hunt is **ORDERED** to file its Answer to the Third Party Complaint within 7 days entry of this Order.

**IT IS SO ORDERED.**
**Dated: February 16, 2023**

                                                            /s/ J. Phil Gilbert
                                                            J. PHIL GILBERT
                                                            DISTRICT JUDGE