UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LERON LEWIS, JR, <br><br> Plaintiff, <br><br> v. <br><br> HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPELL, SR., <br><br> Defendants. <br><br> BRANDON JAMAL MOFFETT, <br><br> Plaintiff, <br><br> v. <br><br> HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPELL, SR., <br><br> Defendants/Third Party Plaintiffs, <br><br> v. <br><br> BRANDON JAMAL MOFFETT, LERON LEWIS, JR., DATWAY LLC, MOTOR CARRIER CONSULTANTS, LLC., J.B. HUNT TRANSPORT, INC., MCGRIFF TIRE, CO., INC., NAVISTAR, INC., BENDIX, COMMERCIAL VEHICLE SYSTEMS LLC, and BIG TEX TRAILER MANUFACTURING, LLC, <br><br> Third Party Defendants. | Case No. 3:20-cv-1355-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendants/Third Party Plaintiffs Motion to Substitute (Doc. 236). Defendants/Third Party Plaintiffs, HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPBELL, SR.'s, Motion to Substitute Counsel is hereby GRANTED

1

(Doc. 236). Attorneys Matthew S. Hefflefinger and Devin M. Taseff's appearance on behalf of Defendants/Third Party Plaintiffs, HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPBELL, SR., through the law firm of Heyl, Royster, Voelker & Allen, P.C. is hereby terminated; and Attorneys Matthew S. Hefflefinger and Devin M. Taseff's substitute appearance on behalf of Defendants/Third Party Plaintiffs, HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPBELL, SR., through The Chartwell Law Offices, LLP is hereby accepted.

**IT IS SO ORDERED.**
**Dated: February 27, 2023**

/s/  J. Phil Gilbert
J. PHIL GILBERT
DISTRICT JUDGE