

U.S. Department of Transportation

**National Highway Traffic Safety Administration**

**1200 New Jersey Avenue SE**
**Washington, DC 20590**

October 16, 2024

Mr. William Amato
Bendix Commercial Vehicle Systems, LLC
35500 Chester Rd
Avon, OH 44011

NEF-107KL

24E-086

**Subject:** ECU Malfunction May Impact Safety Systems

Dear Mr. Amato:

This letter serves to acknowledge Bendix Commercial Vehicle Systems, LLC's notification to the National Highway Traffic Safety Administration (NHTSA) of a safety recall which will be conducted pursuant to Federal law for the product(s) listed below. Please review the following information to ensure that it conforms to your records as this information is being made available to the public. If the information does not agree with your records, please contact us immediately to discuss your concerns.

**Makes/Models/Model Years:**
BENDIX/EC80 ECU/9999

**Mfr's Report Date:**    October 11, 2024

**NHTSA Campaign Number:**    24E-086

**Components:**
ELECTRICAL SYSTEM:SOFTWARE
SERVICE BRAKES, HYDRAULIC:ANTILOCK/TRACTION CONTROL/ELECTRONIC LIMITED
SLIP:CONTROL UNIT/MODULE

**Potential Number of Units Affected:**    442,139

**Problem Description:**
Bendix Commercial Vehicle Systems, LLC (Bendix) is recalling certain Bendix EC80 Advanced Electronic Control Units (ECU) part numbers K168135, K163400, K168122, K168123, K168128, K168129, K179860, K203871, K220313, K163402, K163124, K168136, K210927, K210928, K210929 and K219871.  Electrical noise and low signal to the power line carrier may cause the ECU to incorrectly process commands or stop working.

**Consequence:**
Safety systems that depend on the ECU (Automatic Traction Control, ABS, Electronic Stability Control, Active Cruise Control, and Collison Mitigation System) may have diminished or lost functionality, increasing the risk of a crash.

**Remedy:**
Bendix will reprogram the ECU software, free of charge.  Owner notification letters are expected to be mailed December 1, 2024. Owners may contact Bendix Customer Service at 440-329-9000.

**Notes:**
Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153) or go to nhtsa.gov.



Ex. A

Please ensure the following requirements are met:

> As required in Part 573.6(c)(6), in the case of a defect, please provide a chronology of all principal events that were the basis for the determination that the defect related to motor vehicle safety, including a summary of all warranty claims, field or service reports, and other information (such as the numbers of deaths and/or injuries), with their dates of receipt.
>
> AMENDED 573 REQUIRED.

> Your company's program shall include a plan for reimbursing an owner or purchaser who incurred costs to obtain a remedy for the problem addressed by the recall within a reasonable time in advance of your company's notification of owners, purchasers and dealers, in accordance with § 573.13. Your company's plan may incorporate by reference a general reimbursement plan it previously submitted to NHTSA, together with information specific to the individual recall. Information required by § 573.13 that is not in a general reimbursement plan shall be submitted in your company's report to NHTSA. If your company submits one or more general reimbursement plans, your company shall update each plan every two years (§ 573.13). If the vehicles are new and would be covered under the manufacturer's warranty program, please state that in the remedy section of your filing.
>
> AMENDED 573 REQUIRED.

Please be reminded of the following requirements:

You are required to submit a draft owner notification letter to this office no less than five days prior to mailing it to the customers.  Also, copies of all notices, bulletins, dealer notifications, and other communications that relate to this recall, including a copy of the final owner notification letter and any subsequent owner follow-up notification letter(s), are required to be submitted to this office no later than 5 days after they are originally sent (if they are sent to more than one manufacturer, distributor, dealer, or purchaser/owner).

Please be reminded that under 49 U.S.C. § 30112(a)(3), it is illegal for a manufacturer, to sell, offer for sale, import, or introduce or deliver into interstate commerce, a motor vehicle or item of motor vehicle equipment that contains a safety defect once the manufacturer has notified NHTSA about that safety defect.  This prohibition does not apply once the motor vehicle or motor vehicle equipment has been remedied according to the manufacturer's instructions.

As stated in 49 U.S.C. § 30118(f), submission of eight consecutive quarterly reports followed by three annual reports is required.  As described in 573.7, submission of the first of eight consecutive quarterly status reports is required within one month after the close of the calendar quarter in which notification to purchasers occurs.  Therefore, the first quarterly report will be due on, or before, 30 days after the close of the calendar quarter.  The first of three consecutive annual status reports will be due on, or before, 1 year after the eighth quarterly report was submitted.

Bendix Commercial Vehicle Systems, LLC's contact for this recall will be Kristin Lepper who may be reached by email at kristin.lepper@dot.gov. We look forward to working with you.

Sincerely,

Alex Ansley
Chief, Recall Management Division
Office of Defects Investigation
Enforcement

