# Devin Taseff

| | |
|---|---|
| **From:** | Devin Taseff |
| **Sent:** | Monday, November 11, 2024 2:26 PM |
| **To:** | McGrory, Michael; Adam T. Suroff; Schroeder, Emily; Anthony C. Badami |
| **Cc:** | Matthew Hefflefinger; Corina Smith |
| **Subject:** | RE: [EXTERNAL] RE: Hirschbach v. Bendix and Navistar, Courtesy 10 or 14 day Extension on Propounding Additional Written to Thanksgiving Week [IWOV-Active.FID1233506] |

Great, thanks to you both. The deadline for issuing will be November 27.


    

**Devin Taseff, Esquire**

dtaseff@chartwelllaw.com

D: (309) 905-5509  •  M: (309) 256-3628  •  F: (610) 666-7704

7707 N. Knoxville Avenue, Suite 201-A, Peoria, IL 61614

This email and any files transmitted with it are personal and confidential, and intended solely for the use of the individual or entity to whom it is addressed. They are also subject to the attorney work product and attorney-client privileges. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.

---

**From:** McGrory, Michael <MMcGrory@amundsendavislaw.com>
**Sent:** Monday, November 11, 2024 1:45 PM
**To:** Adam T. Suroff <asuroff@smbtrials.com>; Devin Taseff <dtaseff@chartwelllaw.com>; Schroeder, Emily <ESchroeder@amundsendavislaw.com>; Anthony C. Badami <abadami@smbtrials.com>
**Cc:** Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Corina Smith <csmith@chartwelllaw.com>
**Subject:** [EXTERNAL] RE: Hirschbach v. Bendix and Navistar, Courtesy 10 or 14 day Extension on Propounding Additional Written to Thanksgiving Week [IWOV-Active.FID1233506]

**CAUTION**: [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe].

OK with us, Devin.

---

**From:** Adam T. Suroff <asuroff@smbtrials.com>
**Sent:** Monday, November 11, 2024 10:14 AM
**To:** Devin Taseff <dtaseff@chartwelllaw.com>; McGrory, Michael <MMcGrory@amundsendavislaw.com>; Schroeder, Emily <ESchroeder@amundsendavislaw.com>; Anthony C. Badami <abadami@smbtrials.com>
**Cc:** Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Corina Smith <csmith@chartwelllaw.com>
**Subject:** RE: Hirschbach v. Bendix and Navistar, Courtesy 10 or 14 day Extension on Propounding Additional Written to Thanksgiving Week

[EXTERNAL]

No objection.  Thanks,

Adam

Ex. B

**Adam T. Suroff**
Partner
Swanson, Martin & Bell, LLP
Kansas City and St. Louis
(816) 679-5306

DISCLAIMER:
This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited.  If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner.  This communication does not form any contractual obligation on behalf of the sender or Swanson, Martin & Bell, LLP.

---

**From:** Devin Taseff <dtaseff@chartwelllaw.com>
**Sent:** Monday, November 11, 2024 7:33 AM
**To:** Adam T. Suroff <asuroff@smbtrials.com>; mmcgrory@amundsendavislaw.com; Schroeder, Emily <ESchroeder@amundsendavislaw.com>; Anthony C. Badami <abadami@smbtrials.com>
**Cc:** Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Corina Smith <csmith@chartwelllaw.com>
**Subject:** Re: Hirschbach v. Bendix and Navistar, Courtesy 10 or 14 day Extension on Propounding Additional Written to Thanksgiving Week

**Caution:** External email.

Adam and Mike,

Following up on our request for a brief extension on issuing supplemental written until the 27th, the day before thanksgiving. The resolve deadline would be pushed out the same distance, but all other deadlines would stay the same. If we don't get an answer by tomorrow we'll be filing a short motion for the same. Thanks and let us know your position.



### Devin Taseff, Esquire

dtaseff@chartwelllaw.com
D: (309) 905-5509  •  M: (309) 256-3628  •  F: (610) 666-7704

📍 7707 N. Knoxville Avenue, Suite 201-A, Peoria, IL 61614

    

This email and any files transmitted with it are personal and confidential, and intended solely for the use of the individual or entity to whom it is addressed. They are also subject to the attorney work product and attorney-client privileges. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.

---

**From:** Devin Taseff
**Sent:** Thursday, November 7, 2024 11:30:54 AM
**To:** asuroff@smbtrials.com <asuroff@smbtrials.com>; mmcgrory@amundsendavislaw.com <MMcGrory@amundsendavislaw.com>; Schroeder, Emily <ESchroeder@amundsendavislaw.com>;

abadami@smbtrials.com <abadami@smbtrials.com>
**Cc:** Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Corina Smith <csmith@chartwelllaw.com>
**Subject:** Hirschbach v. Bendix and Navistar, Courtesy 10 or 14 day Extension on Propounding Additional Written to Thanksgiving Week

Counsel,

We propose briefly extending the propounding supplemental written discovery deadline, currently scheduled for November 15, to either Monday, November 25, or Wednesday the 27th? Our thoughts are we could push out the answer/response deadlines the same amount while keeping remaining deadlines the same. Adam, during those extra days I'd like to get outstanding emails to you, and just sent you a separate email on that subject. Please let us know asap your positions on this.





    

**Devin Taseff, Esquire**

dtaseff@chartwelllaw.com
D: (309) 905-5509  •  M: (309) 256-3628  •  F: (610) 666-7704
7707 N. Knoxville Avenue, Suite 201-A, Peoria, IL 61614

This email and any files transmitted with it are personal and confidential, and intended solely for the use of the individual or entity to whom it is addressed. They are also subject to the attorney work product and attorney-client privileges. If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.