## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT ILLINOIS

| | |
|---|---|
| LERON LEWIS, JR, | )<br>)<br>) |
| Plaintiff, | )<br>)  No. 3:20-CV-1355-RJD<br>)  Lead Case |
| v. | )<br>) |
| HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPBELL, SR., | )<br>)<br>) |
| Defendants. | )<br>) |
| BRANDON JAMAL MOFFETT, | )<br>) |
| Plaintiff, | )<br>)  No. 3:21-CV-0001-RJD<br>)  Consolidated with 20 CV 1355 |
| v. | )<br>) |
| HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPBELL, SR., | )<br>)<br>) |
| Defendants. | )<br>) |
| HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPBELL, SR., | )<br>)<br>) |
| Defendants/Third Party Plaintiffs, | )<br>) |
| v. | )<br>) |
| BRANDON JAMAL MOFFETT, LERON LEWIS, JR., DATWAY LLC, MOTOR CARRIER CONSULTANTS, LLC., J.B. HUNT TRANSPORT, INC., MCGRIFF TIRE CO., INC., NAVISTAR, INC., BENDIX COMMERCIAL VEHICLE SYSTEMS LLC, and BIG TEX TRAILER MANUFACTURING, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Third Party Defendants, | ) |

Ex. C

**THIRD-PARTY PLAINTIFFS HIRSCHBACH MOTOR LINES INC.'S AND ERIC JEROME CAMPBELL, SR.'S PROPOSED AMENDED JOINT SCHEDULING AND DISCOVERY ORDER**

The Court finds that good cause exists to amend the Scheduling Order as follows:

1. Written Discovery pursuant to the new allegations of Defendants/Third-Party Plaintiffs' Fourth Amended Third-Party Complaint shall be issued by January 15, 2025.

2. Written Discovery pursuant to the new allegations of Defendants/Third-Party Plaintiffs' Fourth Amended Third-Party Complaint shall be completed by March 14, 2025.

3. Third-Party Defendants' depositions taken on or before May 16, 2025.

4. Motion to Amend the Pleadings filed by June 16, 2025.

5. Defendants/Third Party Plaintiffs' Experts disclosed by July 18, 2025.

6. Third Party Defendants' Experts disclosed by December 5, 2025.

7. Consistent with Rule 26, for rebuttal experts "if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C)," then disclosure must occur "within 30 days after the other party's disclosure."

8. Defendants/Third Party Plaintiffs' Experts deposed by October 31, 2025.

9. Third Party Defendants' Experts deposed by February 16, 2026.

10. Discovery shall be completed by March 16, 2026.

11. Dispositive motions filed by April 30, 2026.

12. Final pretrial conference is set for October 2026 before the Honorable J. Phil Gilbert in Benton, Illinois.

13. Jury Trial is set for October/November 2026 before the Honorable J. Phil Gilbert in Benton, Illinois.

DATED: _____   _____

J. Phil Gilbert United States District Judge