UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LERON LEWIS, JR, <br><br> Plaintiff, <br><br> v. <br><br> HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPELL, SR., <br><br> Defendants. <br><br> BRANDON JAMAL MOFFETT, <br><br> Plaintiff, <br><br> v. <br><br> HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPELL, SR., <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> BRANDON JAMAL MOFFETT, LERON LEWIS, JR., DATWAY LLC, MOTOR CARRIER CONSULTANTS, L.L.C., J.B. HUNT TRANSPORT, INC., MCGRIFF TIRE, CO., INC., NAVISTAR, INC., BENDIX, COMMERCIAL VEHICLE SYSTEMS LLC, and BIG TEX TRAILER MANUFACTURING, L.L.C., <br><br> Third-Party Defendants. | Case No. 3:20-cv-1355-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on a Motion for Extension of Time and to Amend the Scheduling order, (Doc. 302), filed by Third-party Plaintiff Hirschbach Motor Lines, Inc. and Third-party Plaintiff Eric Jerome Campbell, Sr. (hereinafter "HML and Campbell"). The third-

1

party plaintiffs filed their motion on November 26, 2024. They request that all deadlines be extended by forty-five days. Finding that the third-party plaintiffs have failed to show good cause, the Court hereby **DENIES** the motion. (Doc. 302).

This case originated from a highway collision. The underlying claims have been resolved, the parties dispute their respective responsibility for the crash. The truck involved was a 2019 International LT625 tractor manufactured by Third-party Defendant Navistar. That truck was equipped with a collision avoidance system created by Third-party Defendant Bendix (hereinafter "Wingman Fusion system"). The truck was owned by Third-party Plaintiff HML and Third-party Plaintiff Campbell was driving. Third-party plaintiffs allege defects in the manufacturing of the Wingman Fusion system, making Bendix more culpable. They recently amended their complaint to allege more particular defects with the Wingman Fusion system.

On October 16, 2024, Bendix issued a recall for the "EC80 ECU" component of the Wingman Fusion system. This defect caused certain features of the system to malfunction. Third-party plaintiffs point out that the Wingman Fusion system has been installed on nearly half a million trucks nationwide, including "various years of the International LT series of tractors manufactured by Navistar." (Doc. 302). There is now a class action lawsuit against Bendix for this in the Northern District of Illinois. HML & Campbell have requested additional time in this case to investigate whether the tractor involved in the underlying litigation here is subject to that recall notice, among other things.

On December 10, 2024, Bendix, later joined by Navistar, responded to HML and Campbell's motion. In their response they raise several arguments. For one, to answer HML and Campbell's inquiry, the recall concerns tractors that were manufactured after the underlying claims here. This was later supported by a sworn affidavit filed by Bendix. In that affidavit,

2

Bendix's engineering director for driver assistance systems confirmed that, while there was an EC80 ECU part equipped on the Truck, it was not one of the EC80 ECUs that was subject to the recall. (Doc. 307). Given the recall notice did not include the EC80 ECU component equipped to the Truck, the recall is not relevant here. Consequently, the Court sees no good cause to delay this litigation further.

## **CONCLUSION**

Given the recall notice is the basis for the third-party plaintiffs' motion, and the recalled components were not installed on the tractor involved here, there is insufficient cause to grant an extension of time. Accordingly, the Motion for Extension of Time and to Amend the Scheduling Order is hereby **DENIED**. (Doc. 302).


**IT IS SO ORDERED.**
**DATED:  December 17, 2024**

                                              *s/ J. Phil Gilbert*
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**