**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LERON LEWIS, Jr., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 3:20-cv-01355–JPG |
| v. | ) | Cons. With: 3:21-cv-0001–JPG |
| | ) | |
| HIRSCHBACH MOTOR LINES, INC., *et al.*, | ) | |
| | ) | |
| | ) | |

**THIRD-PARTY DEFENDANT INTERNATIONAL MOTORS, LLC'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO FOURTH AMENDED THIRD-PARTY COMPLAINT**

Third-Party Defendant Navistar, Inc., N/K/A International Motors, LLC ("International") respectfully requests leave of Court to file its Amended Answer and Affirmative Defenses to Hirschbach Motor Lines, Inc. and Eric Jerome Campbell, Sr.'s Fourth Amended Third-Party Complaint. The aforementioned Amended Answer is attached hereto as **Exhibit A**. In support of this Motion for leave to file its Amended Answer and Affirmative Defenses, International states as follows:

1. According to the current Amended Joint Scheduling and Discovery Order in this case (No. 297), Third-Party Defendant International is permitted to move to amend its pleadings until April 30, 2025. The instant motion for leave is thus timely, and the attendant Amended Answer would be filed far in advance of the trial date for this case, currently set for October 19, 2026.

2. After being recently retained in another similar matter in the Northern District of Illinois, counsel for International was made aware of a settlement agreement and release of claims executed by Hirschbach Motor Lines, Inc. ("Hirschbach") in previous litigation in the Northern District of Iowa. That settlement agreement and release of liability directly relates to the claims

of the instant matter; in fact, the previous settlement agreement was explicitly executed to discharge International from claims related to International trucks such as the subject vehicle at issue in this lawsuit.

3. International therefore moves for leave to file its Amended Answer, which includes one paragraph stating an additional affirmative defense based on that settlement agreement. In that amended paragraph—which is the only amendment International herein proposes and seeks leave for—International asserts its release from claims pertaining to the subject International truck in dispute in this lawsuit.

4. Under Fed. R. Civ. P. 15(a)(2), courts "should freely give leave [to amend] when justice so requires." This Court "has the discretion to allow an answer to be amended to assert an affirmative defense not raised initially." *Cannon v. Hughes*, 2008 WL 2003225, at *2 (S.D. Ill. May 8, 2008); *see also Johnson v. Methodist Medical Center of Ill.*, 10 F.3d 1300, 1303 (7th Cir. 1993). Here, justice so requires the Court granting International's leave to file, because Third-Party Plaintiff Hirschbach is attempting to re-litigate claims already resolved in a previously executed settlement agreement. That agreement, its release of liability, and its covenant not to sue are definite and unambiguous. Not permitting International to assert this affirmative defense would effectively allow Hirschbach to proceed with claims already defended by International at considerable expense and presumed to have been extinguished by the settlement agreement.

5. Third-Party Plaintiffs will not suffer undue prejudice by virtue of the Court giving International leave to amend its answer. *See Park v. City of Chicago*, 297 F.3d 606, 613 (7th Cir. 2022). Indeed, the Settlement Agreement is one that Third-Party Plaintiff Hirschbach is well-acquainted with, and in fact fully and freely acceded to and executed. Asserting a defense based on that Settlement Agreement is neither untoward nor unexpected.

6. For the foregoing reasons, good cause exists for granting International leave to file its Amended Answer. The newly asserted affirmative defense is based on an existing, enforceable Settlement Agreement to which Third-Party Plaintiff Hirschbach is bound. Allowing International to amend its Answer will promote judicial efficiency by resolving legal issues that have already been settled between the parties. International's request is made in good faith, without undue delay, and will not prejudice any party to this action.

WHEREFORE, Third-Party Defendant Navistar, Inc., N/K/A International Motors, LLC, respectfully requests that this Court grant it leave to file its Amended Answer and Affirmative Defenses to Hirschbach Motor Lines, Inc. and Eric Jerome Campbell, Sr.'s Fourth Amended Third-Party Complaint, deem the Amended Answer filed as of the date of this Court's order, and grant such other and further relief as this Court deems just and proper.

Dated: February 24, 2025

Respectfully submitted,

By: */s/Adam T. Suroff (Pro Hac Vice*

Robert W. Stephens, IL #6295474
Swanson, Martin & Bell
800 Market Street, Suite 2100
St. Louis, Missouri 63101
rstephens@smbtrials.com

Adam T. Suroff (*pro hac vice*)
Swanson, Martin & Bell
7501 Nall Ave.
Prairie Village, Kansas 66208
(816) 679-5306
asuroff@smbtrials.com

*Attorneys for Navistar, Inc., N/K/A International Motors, LLC*

**CERTIFICATE OF SERVICE**

I certify that on February 24, 2025, I, Robert Stephens, electronically filed this Motion for Leave to File with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*/s/Adam T. Suroff (Pro Hac Vice)*

**SERVICE LIST**

Ms. Courtney C. Stirrat
Sarah Washburn
Michael E. Bub
Franke, Schultz & Mullen PC
231 S. Bemiston Avenue, Suite 1200
St. Louis, MO 63101
cstirrat@fsmlawfirm.com
swashburn@fsmlawfirm.com
eremtula@fsmlawfirm.com
kwarnecke@fsmlawfirm.com
scombs@fsmlawfirm.com
*Counsel for Brandon Moffett, Leron Lewis, Jr., Datway*

Mr. Michael McGrory
Ms. Emily Schroeder
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
mmcgrory@amundsendavislaw.com
eschroeder@amundsendavislaw.com
lgehrs@amundsendavislaw.com
tsagil@amundsendavislaw.com
*Counsel for Bendix Commercial Vehicle Systems, LLC*

Mr. Thomas Burke
Mr. Thomas E. Soule
Querrey & Harrow
120 N. LaSalle Street, Suite 2600
Chicago, IL 60603
tburke@querrey.com
tsoule@querrey.com
*Counsel for JB Hunt Transport, Inc.*

Adam T. Suroff
Swanson Martin & Bell, LLP
7501 Nall Ave.
Prairie Village, Kansas 66208
asuroff@smbtrials.com
*Counsel for Navistar, Inc.*

Mr. John W. Patton, Jr.
Patton & Ryan
330 North Wabash Avenue, Suite 3800
Chicago, IL 60611
jpatton@pattonryan.com
*Co-counsel for Hirschbach Motor Lines, Inc.*

Matthew S. Hefflefinger
Devin Taseff
Chartwell
820 SW Adams, Suite C
Peoria, IL 61602
eservicePeoria@chartwelllaw.com
mheffleginger@chartwelllaw.com
dtaseff@chartwelllaw.com
csmith@chartwelllaw.com
*Counsel for Hirschbach Motor Lines, Inc. and Eric Jerome Campbell, Sr.*

*/s/Adam T. Suroff (Pro Hac Vice)*