**From:** Nick Wooten
**Sent:** Friday, April 25, 2025 10:25 AM
**To:** asuroff_smbtrials.com <asuroff@smbtrials.com>; rstephens@smbtrials.com <rstephens@smbtrials.com>; mmcgrory@amundsendavislaw.com <mmcgrory@amundsendavislaw.com>; eschroeder@amundsendavislaw.com <eschroeder@amundsendavislaw.com>; Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Devin Taseff <dtaseff@chartwelllaw.com>; Bob Cheeley <Bob@cheeleylawgroup.com>; Dre Tennille <Dre@cheeleylawgroup.com>; Gabby Gravel <gabby@cheeleylawgroup.com>; Paula Senra <Paula@cheeleylawgroup.com>
**Subject:** Lewis v. Hirschbach - 3:20-cv-01355-JPG

Colleagues,

Please consider this email as Hirschbach's request that International and Bendix remove the confidential designation from each and every email communication produced in response to a discovery request in this case. This request should be treated as a challenge under Paragraph 9(a) to International and Bendix's designations of emails produced as confidential.

The protective order at Docket 78, paragraph 2 only provides confidentiality to these categories of information: (a) information prohibited from disclosure by statute; (b) medical information concerning any individual; (c) personal identity information; (d) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; or (e) personnel or employment records of a person who is not a party to the case.

There is no category in the protective order that provides for confidentiality of emails whether they are internal or external communications.  There are no emails that contain any information protected by any of these categories. Therefore, the designation of any email produced as confidential is improper and should be removed.

Under Paragraph 9(a), we have an obligation to meet and confer on any challenge. I can be available on behalf of Hirschbach for a meet and confer until 2 pm CST today and on Monday from 8 am to 5 pm CST. Please let me know when you are available to discuss.

If you are not available to meet and confer today or Monday, please consider this email as your notice of challenge and the trigger of your duty to respond within 5 days to our challenge.

Thanks,

Nick





I'll be available tomorrow if it would be productive to discuss.

Best,
Kevin

---

**From:** Nick Wooten <Nick@cheeleylawgroup.com>
**Sent:** Thursday, April 24, 2025 7:45 AM
**To:** Erica Calderas <elcalderas@hahnlaw.com>; Jakopchek, Kevin (CH) <Kevin.Jakopchek@lw.com>; asuroff@smbtrials.com; abadami@smbtrials.com; Rizzoni, Cat (Bay Area) <Cat.Rizzoni@lw.com>; Hulshizer, Robin (CH) <ROBIN.HULSHIZER@lw.com>; Reid, Lachanda (CH) <Lachanda.Reid@lw.com>; Eric Levasseur <eblevasseur@hahnlaw.com>; J. Patrick White <PWhite@hahnlaw.com>
**Cc:** Bob Cheeley <Bob@cheeleylawgroup.com>; Gabby Gravel <gabby@cheeleylawgroup.com>; Dre Tennille <Dre@cheeleylawgroup.com>; Robyn Carmichael <rcarmichael@cheeleylawgroup.com>; Paula Senra <Paula@cheeleylawgroup.com>; Kamden Ahlberg <Kamden@cheeleylawgroup.com>; hirschbachZ12950972@cheeleylawgroup.filevineapp.com; Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Devin Taseff <dtaseff@chartwelllaw.com>; Lee Brown <lbrown@leebrownlaw.com>; Kayla Ranta <kranta@chartwelllaw.com>; Jenny Holzem <jholzem@chartwelllaw.com>; Donna Biesterfeld <dbiesterfeld@chartwelllaw.com>; "William ""Seth"" Howard" <whoward@chartwelllaw.com>; Don Slavik <dslavik@slavik.us>; Corina Smith <csmith@chartwelllaw.com>; dcaudle@slavik.us; Mitch Hedrick <mhedrick@chartwelllaw.com>; Laura Gilmore <lgilmore@chartwelllaw.com>; John Bickley <jbickley@chartwelllaw.com>; apawlak@slavik.us; Nicole Judge <njudge@slavik.us>; Rosi Castillo <rcastillo@slavik.us>; Isabelle Nguyen <isabelle@cheeleylawgroup.com>
**Subject:** Re: [EXTERNAL] Re: Proposed First Amended Complaint / Permission to send to PACCAR's counsel?

Erica,

Your position is noted. We will be moving in the SDIL to de-designate everything marked as confidential by the Defendants that does not meet the Seventh Circuit's definition of confidential materials. I've been through this issue a few times in the Seventh Circuit. Blanket designations of everything produced as confidential simply does not work. Emails and internal communications about how to market and sell defective products are not trade secrets, but rather a fraud scheme.

We will revert back shortly with an official request for de-designation of materials previously marked as confidential.

Thanks,

Nick

14







**From:** Erica Calderas <elcalderas@hahnlaw.com>
**Sent:** Wednesday, April 23, 2025 5:54 PM
**To:** Nick Wooten <Nick@cheeleylawgroup.com>; Kevin.Jakopchek@lw.com <Kevin.Jakopchek@lw.com>; asuroff@smbtrials.com <asuroff@smbtrials.com>; abadami@smbtrials.com <abadami@smbtrials.com>; Cat.Rizzoni@lw.com <Cat.Rizzoni@lw.com>; ROBIN.HULSHIZER@lw.com <ROBIN.HULSHIZER@lw.com>; Lachanda.Reid@lw.com <Lachanda.Reid@lw.com>; Eric Levasseur <eblevasseur@hahnlaw.com>; J. Patrick White <PWhite@hahnlaw.com>
**Cc:** Bob Cheeley <Bob@cheeleylawgroup.com>; Gabby Gravel <gabby@cheeleylawgroup.com>; Dre Tennille <Dre@cheeleylawgroup.com>; Robyn Carmichael <rcarmichael@cheeleylawgroup.com>; Paula Senra <Paula@cheeleylawgroup.com>; Kamden Ahlberg <Kamden@cheeleylawgroup.com>; hirschbachZ12950972@cheeleylawgroup.filevineapp.com <hirschbachZ12950972@cheeleylawgroup.filevineapp.com>; Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Devin Taseff <dtaseff@chartwelllaw.com>; Lee Brown <lbrown@leebrownlaw.com>; Kayla Ranta <kranta@chartwelllaw.com>; Jenny Holzem <jholzem@chartwelllaw.com>; Donna Biesterfeld <dbiesterfeld@chartwelllaw.com>; "William ""Seth"" Howard" <whoward@chartwelllaw.com>; Don Slavik <dslavik@slavik.us>; Corina Smith <csmith@chartwelllaw.com>; dcaudle@slavik.us <dcaudle@slavik.us>; Mitch Hedrick <mhedrick@chartwelllaw.com>; Laura Gilmore <lgilmore@chartwelllaw.com>; John Bickley <jbickley@chartwelllaw.com>; apawlak@slavik.us <apawlak@slavik.us>; Nicole Judge <njudge@slavik.us>; Rosi Castillo <rcastillo@slavik.us>; Isabelle Nguyen <isabelle@cheeleylawgroup.com>
**Subject:** RE: [EXTERNAL] Re: Proposed First Amended Complaint / Permission to send to PACCAR's counsel?

Nick:

As Kevin noted, the proposed amended complaint makes use of information and materials designated as confidential by Bendix in the *Lewis* action.  Bendix does not consent to violations of the *Lewis* protective order, to use in this action of any materials or information designated as "confidential", or to the sharing of or publication of confidential materials or information to persons not entitled to receive them in the *Lewis* action. Under the *Lewis* protective order, Confidential Information is not to be "used or disclosed... for any purpose whatsoever other than in [the *Lewis*] litigation, including any appeal thereof." Additionally, Confidential Information is not be disclosed beyond the parties in *Lewis* and the counsel in *Lewis* for those parties. The proposed amended complaint shows that there has already been a violation of the *Lewis* protective order, including misuse of and improper disclosure of materials designated as Confidential.  Your proposal to make further, continued use of material without making a "direct quote" of such material is rejected; such use of confidential materials would still be an improper use and disclosure—and indeed a willful improper use and disclosure—of information designated as "confidential".

Bendix also agrees that a conference with Judge Cole is not warranted. Discovery is stayed here. The confidential materials were produced in the *Lewis* case for use in that action only and the *Lewis* protective order and the designated materials would need to be addressed by the *Lewis* court in accordance with the procedures there.

Erica Calderas



**Erica Calderas** | Partner
**Hahn Loeser & Parks LLP** | MORE THAN A CENTURY OF CLIENT SERVICE
Tel: (216) 274-2533 | Cell: (216) 952-0800 | Fax: (216) 274-2539
elc@hahnlaw.com | hahnlaw.com
200 Public Square, Suite 2800 | Cleveland, OH 44114

Hahn Loeser & Parks LLP is a full-service law firm with a national footprint and international reach, with offices in Cleveland, Columbus, Naples, Fort Myers, San Diego, and Chicago.

This email may contain information that is confidential or privileged, and it is intended only for the addressee(s). If you are not the intended recipient, you are prohibited from using, copying, or distributing this email, its contents, or any attachment.

**From:** Nick Wooten <Nick@cheeleylawgroup.com>
**Sent:** Wednesday, April 23, 2025 4:17 PM
**To:** Kevin.Jakopchek@lw.com; asuroff@smbtrials.com; abadami@smbtrials.com; Cat.Rizzoni@lw.com; ROBIN.HULSHIZER@lw.com; Lachanda.Reid@lw.com; Eric Levasseur <eblevasseur@hahnlaw.com>; Erica Calderas <elcalderas@hahnlaw.com>; J. Patrick White <PWhite@hahnlaw.com>
**Cc:** Bob Cheeley <Bob@cheeleylawgroup.com>; Gabby Gravel <gabby@cheeleylawgroup.com>; Dre Tennille <Dre@cheeleylawgroup.com>; Robyn Carmichael <rcarmichael@cheeleylawgroup.com>; Paula Senra <Paula@cheeleylawgroup.com>; Kamden Ahlberg <Kamden@cheeleylawgroup.com>; hirschbachZ12950972@cheeleylawgroup.filevineapp.com; Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Devin Taseff <dtaseff@chartwelllaw.com>; Lee Brown <lbrown@leebrownlaw.com>; Kayla Ranta <kranta@chartwelllaw.com>; Jenny Holzem <jholzem@chartwelllaw.com>; Donna Biesterfeld <dbiesterfeld@chartwelllaw.com>; "William ""Seth"" Howard" <whoward@chartwelllaw.com>; Don Slavik <dslavik@slavik.us>; Corina Smith <csmith@chartwelllaw.com>; dcaudle@slavik.us; Mitch Hedrick <mhedrick@chartwelllaw.com>; Laura Gilmore <lgilmore@chartwelllaw.com>; John Bickley <jbickley@chartwelllaw.com>; apawlak@slavik.us; Nicole Judge <njudge@slavik.us>; Rosi Castillo <rcastillo@slavik.us>; Isabelle Nguyen <isabelle@cheeleylawgroup.com>
**Subject:** [EXTERNAL] Re: Proposed First Amended Complaint / Permission to send to PACCAR's counsel?

This email originated from outside of the organization. Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe.

Kevin,

In an attempt to alleviate the concerns that you have raised we have decided not to attach any documents to the proposed amended complaint. We have also attempted to temper the language in the complaint so that it is not essentially a direct quote from these materials.

18

Having said that, I hope you understand our frustrations at voluminous motions directed at the sufficiency of factual allegations by the Defendants in this case. This is an especially difficult pill to swallow when we are sitting on a mountain of evidence supporting everything that we have alleged. We offered the parties a factual chronology put together by our colleagues. Yet, we were still hit with motions complaining about the specificity of our complaint. It cannot be both ways. The protective order is meant to address truly confidential information. Blanket designations of everything as confidential followed by attempts to use the confidential designations as a sword in separate litigation is not proper. "Defendants seek the right to claim heightened protection for any discovery material that would "cause harm to the business operations of the disclosing party." Information that could "cause harm to business operations of the disclosing party" would include information that might be embarrassing and could diminish a company's reputation, but is not commercially sensitive. Protective orders are not designed to protect the parties from "harm" that results from public disclosure of embarrassing or improper conduct. *Culinary Foods v. Raychem Corp.*, 151 F.R.D. 297, 301 (N.D. Ill. 1993)." <u>Nat'l Council on Comp. Ins., Inc. v. Am. Int'l Grp., Inc.</u>, No. 07 C 2898, 2007 U.S. Dist. LEXIS 91517, at *13 (N.D. Ill. Dec. 11, 2007). This case goes on to say that "to be entitled to highly confidential status, the proprietary information (a) must have current applicability to defendants' business operations, and (b) more likely than not would cause competitive harm to the business operations of the disclosing party." *Id.* at *16-17.

We also point out that everything produced in the SDIL litigation would ordinarily be subject to discovery here, but discovery is currently stayed, partly at your insistence. "As a general rule, however, protective orders should not be used as shields to resist the production of relevant information even when the information is considered to be confidential. *See Jepson, Inc. v. Makita Elec. Works, Ltd.*, 30 F.3d 854, 859-60 (7th Cir. 1994)." <u>Expeditors Int'l of Wash., Inc. v. Vastera, Inc.</u>, No. 04 C 0321, 2004 U.S. Dist. LEXIS 2501, at *12 (N.D. Ill. Feb. 20, 2004). In this instance, the same principle should apply. You should not be allowed to contest our complaint on the grounds that we are not alleging sufficient facts when your clients know our allegations are true and that we have sufficient evidence of those facts based on materials your clients have produced in other litigation.

That being said, we have interpreted your prior responses as opposition to the motion for leave to amend. As such, we are working on our motion for leave to amend. I cannot imagine the Court being opposed to a pleading meant to lessen the scope of any needed briefing on a motion to dismiss. We assume you intend to oppose our motion, though we don't understand why you would oppose a pleading that is meant to narrow the issues. If you would like to discuss a briefing schedule, we intend to file our motion for leave by Friday.

As always, I remain happy to discuss this or any other issues with you and anyone else defending the case. From our perspective there just seems to be a lot of time wasted when it is clear that the case is going forward on some theory.

19

Thanks,

Nick



Cheeley Law Group, LLC

**Nick Wooten**
— Attorney
nick@cheeleylawgroup.com
Office: 770-814-7001
Fax: 678-559-0273
2500 Old Milton Pkwy | Suite 200
Alpharetta, GA 30009





**From:** Kevin.Jakopchek@lw.com <Kevin.Jakopchek@lw.com>
**Sent:** Wednesday, April 23, 2025 3:20 PM
**To:** Nick Wooten <Nick@cheeleylawgroup.com>; asuroff@smbtrials.com <asuroff@smbtrials.com>; abadami@smbtrials.com <abadami@smbtrials.com>; Cat.Rizzoni@lw.com <Cat.Rizzoni@lw.com>; ROBIN.HULSHIZER@lw.com <ROBIN.HULSHIZER@lw.com>; Lachanda.Reid@lw.com <Lachanda.Reid@lw.com>; eblevasseur@hahnlaw.com <eblevasseur@hahnlaw.com>; elcalderas@hahnlaw.com <elcalderas@hahnlaw.com>; PWhite@hahnlaw.com <PWhite@hahnlaw.com>
**Cc:** Bob Cheeley <Bob@cheeleylawgroup.com>; Gabby Gravel <gabby@cheeleylawgroup.com>; Dre Tennille <Dre@cheeleylawgroup.com>; Robyn Carmichael <rcarmichael@cheeleylawgroup.com>; Paula Senra <Paula@cheeleylawgroup.com>; Kamden Ahlberg <Kamden@cheeleylawgroup.com>; hirschbachZ12950972@cheeleylawgroup.filevineapp.com <hirschbachZ12950972@cheeleylawgroup.filevineapp.com>; Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Devin Taseff <dtaseff@chartwelllaw.com>; Lee Brown <lbrown@leebrownlaw.com>; Kayla Ranta <kranta@chartwelllaw.com>; Jenny Holzem <jholzem@chartwelllaw.com>; Donna Biesterfeld <dbiesterfeld@chartwelllaw.com>; "William ""Seth"" Howard" <whoward@chartwelllaw.com>; Don Slavik <dslavik@slavik.us>; Corina Smith <csmith@chartwelllaw.com>; dcaudle@slavik.us <dcaudle@slavik.us>; Mitch Hedrick <mhedrick@chartwelllaw.com>; Laura Gilmore <lgilmore@chartwelllaw.com>; John Bickley <jbickley@chartwelllaw.com>; apawlak@slavik.us <apawlak@slavik.us>; Nicole Judge <njudge@slavik.us>; Rosi Castillo <rcastillo@slavik.us>; Isabelle Nguyen <isabelle@cheeleylawgroup.com>
**Subject:** RE: Proposed First Amended Complaint / Permission to send to PACCAR's counsel?

Nick,

Circling back as I said I would – we have reviewed the Proposed Amended Complaint and the documents cited therein.  It appears that every document attached was produced by Bendix and that the allegations in the complaint were derived from those Bendix-produced documents.  Can you confirm?  If so, then we think further discussion regarding the handling of documents/information marked confidential is Bendix's to direct, although as a general matter International believes that the parties should comply with Court orders and that confidential Bendix-International communications regarding product development should not be disclosed or used in ways that would violate Court orders.

Best,

**Kevin M. Jakopchek**

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.777.7244 | M: +1.816.651.3678

---

**From:** Jakopchek, Kevin (CH)
**Sent:** Tuesday, April 22, 2025 11:24 AM
**To:** 'Nick Wooten' <Nick@cheeleylawgroup.com>; asuroff@smbtrials.com; abadami@smbtrials.com; Rizzoni, Cat (Bay Area) <Cat.Rizzoni@lw.com>; Hulshizer, Robin (CH) <ROBIN.HULSHIZER@lw.com>; Reid, Lachanda (CH) <Lachanda.Reid@lw.com>; eblevasseur@hahnlaw.com; elcalderas@hahnlaw.com;

PWhite@hahnlaw.com
**Cc:** Bob Cheeley <Bob@cheeleylawgroup.com>; Gabby Gravel <gabby@cheeleylawgroup.com>; Dre Tennille <Dre@cheeleylawgroup.com>; Robyn Carmichael <rcarmichael@cheeleylawgroup.com>; Paula Senra <Paula@cheeleylawgroup.com>; Kamden Ahlberg <Kamden@cheeleylawgroup.com>; hirschbachZ12950972@cheeleylawgroup.filevineapp.com; Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Devin Taseff <dtaseff@chartwelllaw.com>; Lee Brown <lbrown@leebrownlaw.com>; Kayla Ranta <kranta@chartwelllaw.com>; Jenny Holzem <jholzem@chartwelllaw.com>; Donna Biesterfeld <dbiesterfeld@chartwelllaw.com>; "William ""Seth"" Howard" <whoward@chartwelllaw.com>; Don Slavik <dslavik@slavik.us>; Corina Smith <csmith@chartwelllaw.com>; dcaudle@slavik.us; Mitch Hedrick <mhedrick@chartwelllaw.com>; Laura Gilmore <lgilmore@chartwelllaw.com>; John Bickley <jbickley@chartwelllaw.com>; apawlak@slavik.us; Nicole Judge <njudge@slavik.us>; Rosi Castillo <rcastillo@slavik.us>; Isabelle Nguyen <isabelle@cheeleylawgroup.com>
**Subject:** RE: Proposed First Amended Complaint / Permission to send to PACCAR's counsel?

Thank you Nick.  My initial reaction is that at this point I think a conference with Judge Cole is premature/unlikely  because (a) these materials were produced in the *Lewis* case and so the scope of the *Lewis* PO is what is at issue, (b) as discussed I'm still in the process of discussing these issues with my client (c) when it comes time to produce discovery in the N.D. Illinois case, to the extent we need any court guidance it will be helpful to have put together drafts of language first, and (d) its premature to discuss anticipated discovery given the court's ruling staying discovery until the pleadings are closed as the issues are likely to be narrowed, especially given that we do not think the amended pleading states any claim or a plausible basis for class treatment.   We do not consent to violations of the *Lewis* protective order but for now to facilitate any discussions with PACCAR as we evaluate Plaintiffs' request for leave and the issues caused by referencing/attaching *Lewis* materials, we would consent to you sharing a copy of the draft proposed complaint that redacts all references to material covered by the *Lewis* PO and does not attach any such material.

As discussed, I will follow-up further after I've had a chance to discuss these issues internally.

**Kevin M. Jakopchek**

**LATHAM & WATKINS** LLP
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.777.7244 | M: +1.816.651.3678

---

**From:** Nick Wooten <Nick@cheeleylawgroup.com>
**Sent:** Tuesday, April 22, 2025 10:41 AM
**To:** Jakopchek, Kevin (CH) <Kevin.Jakopchek@lw.com>; asuroff@smbtrials.com; abadami@smbtrials.com; Rizzoni, Cat (Bay Area) <Cat.Rizzoni@lw.com>; Hulshizer, Robin (CH) <ROBIN.HULSHIZER@lw.com>; Reid, Lachanda (CH) <Lachanda.Reid@lw.com>; eblevasseur@hahnlaw.com; elcalderas@hahnlaw.com; PWhite@hahnlaw.com
**Cc:** Bob Cheeley <Bob@cheeleylawgroup.com>; Gabby Gravel <gabby@cheeleylawgroup.com>; Dre Tennille <Dre@cheeleylawgroup.com>; Robyn Carmichael <rcarmichael@cheeleylawgroup.com>; Paula Senra <Paula@cheeleylawgroup.com>; Kamden Ahlberg <Kamden@cheeleylawgroup.com>; hirschbachZ12950972@cheeleylawgroup.filevineapp.com; Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Devin Taseff <dtaseff@chartwelllaw.com>; Lee Brown <lbrown@leebrownlaw.com>; Kayla Ranta <kranta@chartwelllaw.com>; Jenny Holzem <jholzem@chartwelllaw.com>; Donna Biesterfeld <dbiesterfeld@chartwelllaw.com>; "William ""Seth"" Howard" <whoward@chartwelllaw.com>; Don Slavik <dslavik@slavik.us>; Corina Smith

24

<csmith@chartwelllaw.com>; dcaudle@slavik.us; Mitch Hedrick <mhedrick@chartwelllaw.com>; Laura Gilmore <lgilmore@chartwelllaw.com>; John Bickley <jbickley@chartwelllaw.com>; apawlak@slavik.us; Nicole Judge <njudge@slavik.us>; Rosi Castillo <rcastillo@slavik.us>; Isabelle Nguyen <isabelle@cheeleylawgroup.com>

**Subject:** Re: Proposed First Amended Complaint / Permission to send to PACCAR's counsel?

Kevin,

On the scope of the protective order issues, do you think it would be helpful to have a planning meeting with Judge Cole to discuss not only these issues, but what is anticipated as far as discovery in this case?

Thanks,

Nick



Cheeley Law Group, LLC

**Nick Wooten**
— Attorney

✉ nick@cheeleylawgroup.com
☎ Office: 770-814-7001
🖨 Fax: 678-559-0273
📍 2500 Old Milton Pkwy | Suite 200
Alpharetta, GA 30009

25





---

**From:** Kevin.Jakopchek@lw.com <Kevin.Jakopchek@lw.com>
**Sent:** Tuesday, April 22, 2025 11:30 AM
**To:** Nick Wooten <Nick@cheeleylawgroup.com>; asuroff@smbtrials.com <asuroff@smbtrials.com>; abadami@smbtrials.com <abadami@smbtrials.com>; Cat.Rizzoni@lw.com <Cat.Rizzoni@lw.com>; ROBIN.HULSHIZER@lw.com <ROBIN.HULSHIZER@lw.com>; Lachanda.Reid@lw.com <Lachanda.Reid@lw.com>; eblevasseur@hahnlaw.com <eblevasseur@hahnlaw.com>; elcalderas@hahnlaw.com <elcalderas@hahnlaw.com>; PWhite@hahnlaw.com <PWhite@hahnlaw.com>
**Cc:** Bob Cheeley <Bob@cheeleylawgroup.com>; Gabby Gravel <gabby@cheeleylawgroup.com>; Dre Tennille <Dre@cheeleylawgroup.com>; Robyn Carmichael <rcarmichael@cheeleylawgroup.com>; Paula Senra <Paula@cheeleylawgroup.com>; Kamden Ahlberg <Kamden@cheeleylawgroup.com>; hirschbachZ12950972@cheeleylawgroup.filevineapp.com <hirschbachZ12950972@cheeleylawgroup.filevineapp.com>; Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Devin Taseff <dtaseff@chartwelllaw.com>; Lee Brown <lbrown@leebrownlaw.com>; Kayla Ranta <kranta@chartwelllaw.com>; Jenny Holzem <jholzem@chartwelllaw.com>; Donna Biesterfeld <dbiesterfeld@chartwelllaw.com>; "William ""Seth"" Howard" <whoward@chartwelllaw.com>; Don Slavik <dslavik@slavik.us>; Corina Smith <csmith@chartwelllaw.com>; dcaudle@slavik.us <dcaudle@slavik.us>; Mitch Hedrick <mhedrick@chartwelllaw.com>; Laura Gilmore <lgilmore@chartwelllaw.com>; John Bickley <jbickley@chartwelllaw.com>; apawlak@slavik.us <apawlak@slavik.us>; Nicole Judge <njudge@slavik.us>; Rosi Castillo <rcastillo@slavik.us>; Isabelle Nguyen <isabelle@cheeleylawgroup.com>
**Subject:** RE: Proposed First Amended Complaint / Permission to send to PACCAR's counsel?

PRIVILEGED
ATTORNEY WORK PRODUCT

Nick, we are still reviewing and analyzing the numerous issues posed by the proposed amended complaint you sent on the afternoon of Good Friday, which require client consultation.

I hope to have a fulsome response by the end of the day, but my immediate reaction is that your proposal below (a) does not account for the heightened protections that will be required for whatever document productions occur in the Northern District of Illinois action in which Hirschbach has decided to name two direct competitors as defendants, and (b) does not address Hirschbach's now repeated violations of the *Lewis* protective order Case 3:20-cv-01355-JPG (Dkt 78) through use of materials produced in that litigation for purposes other than that litigation and through disclosure to individuals beyond counsel who have responsibility for that action.

- Kevin

**Kevin M. Jakopchek**

**LATHAM & WATKINS** LLP
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.777.7244 | M: +1.816.651.3678

28

**From:** Nick Wooten <Nick@cheeleylawgroup.com>
**Sent:** Tuesday, April 22, 2025 10:19 AM
**To:** Adam T. Suroff <asuroff@smbtrials.com>; Anthony C. Badami <abadami@smbtrials.com>; Rizzoni, Cat (Bay Area) <Cat.Rizzoni@lw.com>; Hulshizer, Robin (CH) <ROBIN.HULSHIZER@lw.com>; Jakopchek, Kevin (CH) <Kevin.Jakopchek@lw.com>; Reid, Lachanda (CH) <Lachanda.Reid@lw.com>; eblevasseur@hahnlaw.com; elcalderas@hahnlaw.com; Patrick White <PWhite@hahnlaw.com>
**Cc:** Bob Cheeley <Bob@cheeleylawgroup.com>; Gabby Gravel <gabby@cheeleylawgroup.com>; Dre Tennille <Dre@cheeleylawgroup.com>; Robyn Carmichael <rcarmichael@cheeleylawgroup.com>; Paula Senra <Paula@cheeleylawgroup.com>; Kamden Ahlberg <Kamden@cheeleylawgroup.com>; hirschbachZ12950972@cheeleylawgroup.filevineapp.com; Matthew Hefflefinger <mhefflefinger@chartwelllaw.com>; Devin Taseff <dtaseff@chartwelllaw.com>; Lee Brown <lbrown@leebrownlaw.com>; Kayla Ranta <kranta@chartwelllaw.com>; Jenny Holzem <jholzem@chartwelllaw.com>; Donna Biesterfeld <dbiesterfeld@chartwelllaw.com>; "William ""Seth"" Howard" <whoward@chartwelllaw.com>; Don Slavik <dslavik@slavik.us>; Corina Smith <csmith@chartwelllaw.com>; dcaudle@slavik.us; Mitch Hedrick <mhedrick@chartwelllaw.com>; Laura Gilmore <lgilmore@chartwelllaw.com>; John Bickley <jbickley@chartwelllaw.com>; apawlak@slavik.us; Nicole Judge <njudge@slavik.us>; Rosi Castillo <rcastillo@slavik.us>; Isabelle Nguyen <isabelle@cheeleylawgroup.com>
**Subject:** Proposed First Amended Complaint / Permission to send to PACCAR's counsel?

Kevin,

I am writing to follow up on our delivery of the proposed First Amended Complaint to Bendix and Navistar to find out if you have reached an agreement with PACCAR. We need to share that document with them soon.

If there is a delay, I would suggest that we agree to the entry of the NDIL standing protective order (attached hereto for anyone not familiar) with option 4B selected. That way, we can move this sharing forward and get on with our work.

Please let me know the status of things on your side as soon as possible.

Thanks,

Nick

## Devin Taseff

| | |
|---|---|
| **From:** | Gabby Gravel <gabby@cheeleylawgroup.com> |
| **Sent:** | Friday, April 18, 2025 1:27 PM |
| **To:** | kevin.jakopcheck@lw.com; abadami@smbtrials.com; robin.hulshizer@lw.com; lachanda.reid@lw.com; cat.rizzoni@lw.com; asuroff@smbtrials.com; eblevasseur@hahnlaw.com; pwhite@hahnlaw.com; elcalderas@hahnlaw.com |
| **Cc:** | Nick Wooten; Bob Cheeley; Dre Tennille; Devin Taseff; Matthew Hefflefinger |
| **Subject:** | [EXTERNAL] Hirschbach Motor Lines v. Navistar, Paccar, and Bendix; Case No. 1-24-cv-11979 |
| **Attachments:** | 2025.4.18.FAC HIRSCHBACH v. NAVISTAR et al..pdf |
| | |
| **Categories:** | Red Category |

**CAUTION**: [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe].

Good afternoon, Counsel:

Attached is Plaintiffs' 1st Amended Complaint. Please let us know if Navistar and Bendix consent or oppose Plaintiffs filing the attached— preferrably by Monday 4/21.

Have a nice weekend,

Gabby Gravel

1



Confidentiality Notice:  This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq., and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at (770) 814-7001, and destroy the original transmission and its attachments without reading or saving in any manner.