IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LERON LEWIS, Jr., *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> HIRSCHBACH MOTOR LINES, INC., *et al.*, <br><br> **Defendants.** | Case No. 3:20-cv-1355-NJR |

# ORDER

**ROSENSTENGEL, Chief Judge:**

On July 1, 2025, the Court ordered Bendix Commercial Vehicle Systems to show cause as to why it should not grant Hirschbach Motor Lines's motion to challenge confidentiality. (Docs. 348, 333). Bendix promptly responded to the Order to Show Cause explaining that, during the recent hearing, counsel believed that HML had agreed to send the documents in dispute to the Court. (Doc. 349). Bendix apologized for any misunderstanding and immediately submitted the documents.

To clarify, while HML agreed to submit some documents to the Court at the hearing, Bendix did not withdraw its motion to file those documents under seal. (Doc. 344). Counsel for Bendix also stated that he would submit all the documents to Court and, to the extent there was any confusion over the Bates numbers, it seemed that the parties had agreed to coordinate on exchanging those numbers over email. Regardless, the Court now has the documents.

Accordingly, the Order to Show Cause (Doc. 348) is **DISCHARGED**.

**IT IS SO ORDERED.**

**DATED:** July 9, 2025

*/s/ Nancy J. Rosenstengel*
_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**