IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LERON LEWIS, JR.,

     Plaintiff,

v.

HIRSCHBACH MOTOR LINES, INC. and
ERIC JEROME CAMPBELL, SR.,

     Defendants,

v.

BRANDON JAMAL MOFFETT,

     Plaintiff,

v.

HIRSCHBACH MOTOR LINES, INC. and
ERIC JEROME CAMPBELL, SR.,

     Defendants / Third-Party Plaintiffs,

v.

BRANDON JAMAL MOFFETT, LERON
LEWIS, JR., DATWAY LLC, MOTOR
CARRIER CONSULTANTS, L.L.C., J.B.
HUNT TRANSPORT, INC., MCGRIFF TIRE,
CO., INC., NAVISTAR, INC., BENDIX,
COMMERCIAL VEHICLE SYSTEMS LLC,
and BIG TEX TRAILER MANUFACTURING,
L.L.C.,

     Third-Party Defendants.

Case No. 3:20-CV-01355-NJR

## FINAL AMENDED SCHEDULING AND DISCOVERY ORDER

**ROSENSTENGEL, Chief Judge:**

On November 24, 2025, the Court granted three motions to extend certain discovery deadlines. (Doc. 365). In that order, the Court indicated its willingness to consider "modest" extensions of certain deadlines to allow the parties to expeditiously complete discovery and move the case towards a

resolution. (*Id.*). The Court thus directed the parties to submit a proposed amended scheduling order for the Court's consideration. Having considered the parties' proposal, the Court now issues the following deadlines to govern the remainder of this case:

> ➢ Third-Party Defendants' depositions shall be taken by **March 13, 2026**;

> ➢ Third Party Plaintiffs' Experts shall be disclosed by **April 30, 2026**;

> ➢ Third Party Plaintiffs' Experts shall be deposed by **June 30, 2026**;

> ➢ Third Party Defendants' Experts shall be disclosed by **July 31, 2026**;

> ➢ Third Party Defendants' Experts shall be deposed by **September 30, 2026**;[1]

> ➢ Discovery shall be completed by **November 30, 2026**;

> ➢ Dispositive motions shall be filed by **January 22, 2027**;

> ➢ The presumptive trial month is **July 2027**. The Court will set a final pretrial conference date by separate order.

As the Court understands it, this is the **ninth** extension of the scheduling and discovery order in this case. *See* (Docs. 81, 83, 139, 213, 245, 264, 289, and 297). Although the undersigned only recently inherited this case, the Court is concerned about the length of time that this case has been pending (nearly five years) and thus has shortened the parties' proposed deadlines. For that reason, the Court issues this scheduling order as a **final** extension of the deadlines in this case. Further requests to extend case deadlines will be denied absent extraordinary and compelling cause.

**IT IS SO ORDERED.**

**DATED: December 10, 2025**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**

---

[1] Consistent with Rule 26, for rebuttal experts "if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C)," then disclosure must occur "within 30 days after the other party's disclosure."