**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LERON LEWIS, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPBELL, SR.,<br><br>Defendants. | ) | Case No. 3:20-CV-1355-NJR<br>Lead Case |
| BRANDON JAMAL MOFFETT,<br><br>Plaintiff,<br><br>vs.<br><br>HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPBELL, SR.,<br><br>Defendants. | ) | Case No. 3:21-CV-0001-RJD<br>Consolidated with 20 CV 1355 |
| HIRSCHBACH MOTOR LINES, INC. and ERIC JEROME CAMPBELL, SR.,<br><br>Defendants/Third-Party Plaintiffs,<br><br>vs.<br><br>NAVISTAR, INC., et al.,<br><br>Third-Party Defendants. | ) | |

**THIRD-PARTY DEFENDANT NAVISTAR, INC., N/K/A INTERNATIONAL MOTORS, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT/THIRD-PARTY PLAINTIFF HIRSCHBACH MOTOR LINES, INC.**

Third-Party Defendant Navistar, Inc. n/k/a International Motors, LLC ("International"), through its counsel Swanson, Martin & Bell, LLP, and pursuant to Rule 56 of the Federal Rules

07266-0001

of Civil Procedure moves this Honorable Court for summary judgment in its favor and against Third-Party Plaintiff Hirschbach Motor Lines, Inc. In further support, International incorporates its memorandum of law and statement of undisputed material facts filed contemporaneous with this motion.

WHEREFORE, Third-Party Defendant Navistar, Inc. n/k/a International Motors, LLC prays this Court grant International's Motion for Summary Judgment and enter judgment in International's favor against Hirschbach, and for whatever other relief the Court deems just and appropriate.

Respectfully submitted,

By: /s/ ***Robert W. Stephens***

Robert W. Stephens, IL #6295474
Swanson, Martin & Bell, LLP
One Bank of America Plaza
800 Market Street, Suite 2100
St. Louis, Missouri 63101
(314) 241-7100
rstephens@smbtrials.com

Adam T. Suroff (*pro hac vice*)
Swanson, Martin & Bell, LLP
7501 Nall Ave.
Prairie Village, Kansas 66208
(816) 679-5306
asuroff@smbtrials.com

and

Benjamin D. Lothson (*pro hac vice*)
Swanson, Martin & Bell, LLP
300 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 222-8597
blothson@smbtrials.com

*Attorneys for Navistar, Inc. n/k/a International Motors, LLC*

07266-0001

**CERTIFICATE OF SERVICE**

I certify that on March 16, 2026, I, Robert W. Stephens, electronically filed this Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Robert W. Stephens*