## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

LERON LEWIS, Jr., *et al.*,                )
                                           )
                       Plaintiffs,         )
                                           )    Case No.:      3:20-cv-01355–JPG
            v.                             )    Cons. With:    3:21-cv-0001–JPG
                                           )
HIRSCHBACH MOTOR LINES, INC.,              )
*et al.*,                                  )

### BENDIX'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Third-Party Defendant, Bendix Commercial Vehicle Systems LLC, moves the Court, pursuant to Federal Rule of Civil Procedure 5.2(d), for leave to file Exhibits D, E, F and H through V to Bendix's Rule 37(b) Motion for Sanctions against Hirschbach Motor Lines (HML), which include documents Bendix has identified as "Confidential Information" under this Court's Confidentiality Order, as well as sensitive information concerning Bendix's products and business deserving of protection, under seal. In support thereof, Bendix states as follows:

1.      Bendix, in good faith and relying on the protections afforded by this Court's Agreed Confidentiality Order (ECF 78), produced thousands of pages of confidential materials and internal communications concerning the engineering, design, development, testing, and rollout of its Wingman Fusion system.

2.      Pursuant to the Confidentiality Order and the parties' agreed procedures, Bendix designated these materials as "Confidential Information" before producing them in discovery. (*See* ECF 181, Agreed Order for Third Party Defendants to Acknowledge and Be Bound by Confidentiality Order).

1

3.      In a separate action pending in the Northern District of Illinois, HML filed a Second Amended Complaint ("SAC") that references and in some instances, directly quotes materials designated as Confidential Information in this case.

4.      In support of a Motion for Sanctions, Bendix has identified multiple instances in which documents, internal communications, and deposition testimony produced in this action and designated as Confidential Information are reflected in the allegations of the SAC.

5.      Specifically, Exhibit D contains excerpts of deposition testimony relevant to the confidentiality issues raised in this Motion. Exhibit E contains Bendix's confidentiality designations following its review of the deposition transcripts. Meanwhile, Exhibit F consists of the SAC filed by HML in the Northern District action. The SAC contains references to, quotations from, and allegations derived from Confidential Information produced by Bendix in this litigation. Exhibits H through V consist of documents and testimony designated as Confidential Information, including email communications, internal documents, PowerPoint presentations, testing analyses, comparison charts, and deposition testimony that are referenced, quoted, or otherwise reflected in the SAC.

6.      Bendix seeks to submit these exhibits for the Court's consideration in connection with its Motion for Sanctions. Because the exhibits contain information designated as Confidential Information pursuant to the Confidentiality Order, Bendix respectfully requests leave to file Exhibits D, E, F and H through V under seal.

**WHEREFORE**, Third-Party Defendant, BENDIX COMMERCIAL VEHICLE SYSTEMS LLC, respectfully requests that this Honorable Court enter an order granting it leave to file Exhibits D, E, F, and H through V to Bendix's Rule 37(b) Motion for Sanctions Due to

HML's Violations of the Court's Confidentiality Order under seal and directing the Clerk of Court to maintain same under seal until further order of this Court.

Dated: July 2, 2026

Respectfully submitted,

**BENDIX COMMERCIAL VEHICLE SYSTEMS LLC**

By:  /s/ Michael S. McGrory
One of Its Attorneys

Michael S. McGrory (ARDC# 6280591)
Emily R. Schroeder (ARDC# 6321466)
Amundsen Davis LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Phone: (312) 894-3200
mmcgrory@amundsendavislaw.com
eschroeder@amundsendavislaw.com

3

## CERTIFICATE OF SERVICE

I certify that on July 2, 2026, I electronically filed **Bendix's Motion for Leave to File Documents Under Seal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

/s/ Michael S. McGrory

Adam T. Suroff
Swanson Martin & Bell, LLP
800 Market Street, Suite 2100
St. Louis, MO 63101
asuroff@smbtrials.com
Ms. Margaret Redshaw
Swanson, Martin & Bell
330 N. Wabash Street, Suite 3300
Chicago, IL 60611
mredshaw@smbtrials.com
*Counsel for 3rd Party Def. Navistar, Inc.*

Mr. John W. Patton, Jr.
Patton & Ryan
330 North Wabash Avenue, Suite 3800
Chicago, IL 60611
jpatton@pattonryan.com
*Co-counsel for Hirschbach Motor Lines, Inc.*

Matthew S. Hefflefinger
Devin Taseff
Chartwell
820 SW Adams, Suite C
Peoria, IL 61602
eservicePeoria@chartwelllaw.com
mheffleginger@chartwelllaw.com
dtaseff@chartwelllaw.com
csmith@chartwelllaw.com
*Counsel for Hirschbach Motor Lines, Inc. and Eric Jerome Campbell, Sr.*

Nick Wooten
Cheeley Law Group LLC
2500 Old Milton Parkway, Suite 200
Alpharetta, GA 30009
nick@cheeleylawgroup.com
*Counsel for Hirschbach Motor Lines, Inc*